# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-1208
_____

Pablito Vega

*Plaintiff - Appellant*

v.

Steve Grove, Minnesota DEED Commissioner - PRE 13 JAN 2023; Matt Varilek,
Minnesota DEED Commissioner - POST 13 JAN 2023

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: July 10, 2024
Filed: July 15, 2024
[Unpublished]
_____

Before LOKEN, GRUENDER, and BENTON, Circuit Judges.
_____

PER CURIAM.

Pablito Vega appeals the district court's[1] dismissal of his pro se complaint as barred by res judicata and for failure to state a claim. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

After careful de novo review of the record and the parties' arguments on appeal, this court finds no basis for reversal. *See Banks v. Int'l Union Elec. Workers*, 390 F.3d 1049, 1052 (8th Cir. 2004) (standard of review). It is evident from the record that Vega's claims are barred by res judicata. *See St. Paul Fire & Marine Ins. Co. v. Compaq Comput. Corp.*, 539 F.3d 809, 821 (8th Cir. 2008) (law of forum that rendered first judgment controls res judicata analysis); *Hauschildt v. Beckingham*, 686 N.W.2d 829, 840 (Minn. 2004) (en banc) (enumerating Minnesota's requirements for res judicata). In any event, Vega failed to state a claim against the named defendants. *See Madewell v. Roberts*, 909 F.2d 1203, 1208 (8th Cir. 1990) (liability under 42 U.S.C. § 1983 requires causal link to, and direct responsibility for, alleged deprivation of rights).

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable Nancy E. Brasel, United States District Judge for the District of Minnesota.